# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARK W. DOBRONSKI,

                          Case No. 26-cv-10174
                          Hon. Brandy R. McMillion

          Plaintiff,

v.

LOCAL SEARCH GROUP LLC,

          Defendant.
_____/

## ORDER DIRECTING PLAINTIFF TO SECURE LOCAL COUNSEL

On January 18, 2026, Andrew Roman Perrong, appeared in this case (ECF No. 1). Mr. Perrong is an attorney with offices in Glenside, PA.

The Court notes that Eastern District of Michigan Local Rule 83.20(f), Local Counsel, provides:

> A member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district. Local counsel must enter an appearance and have the authority and responsibility to conduct the case if non-local counsel does not do so. On application, the Court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel.

E.D. Mich. L.R. 83.20(f)(1). In addition, "[l]ocal counsel must attend each scheduled appearance on the case unless the Court, on its own motion or on motion or request of a party, dispenses with the requirement." *Id.* at (f)(2).

Accordingly, the Court **ORDERS** Plaintiff to secure local counsel pursuant to E.D. Mich. LR 83.20(f), and local counsel must enter an appearance in this case by **April 3, 2026.**

**IT IS SO ORDERED.**

Dated: March 4, 2026  s/Brandy R. McMillion
Hon. Brandy R. McMillion
United States District Judge