# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| **Mark W. Dobronski** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 2:26-cv-10174-BRM-CI |
| | ) |
| | ) |
| **Local Search Group LLC** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF NONSERVICE

I, Alexa Polcyn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve Local Search Group LLC as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: January 26, 2026 2:19 pm
Address: 510 Sunset Rd, Boynton Beach, FL 33435-7929
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=26.4997346,-80.0723308
Description of attempt: No contact was made at the service address. I arrived at the provided service address. The address is located in a residential neighborhood. As I arrived a female was departing the driveway of the residence in a white SUV as the sole occupant of the residence. The service address can be described as a single-story, single-family residential house with an attached garage. There was a Black Land Rover Defender bearing FL Tag BP57CH parked in the driveway of the residence unoccupied. The blinds were open to the residence windows. I knocked on the door. A dog started barking. I did not hear or see any movement inside the residence. There was no answer after knocking and waiting for an extended period of time. No answer. A Black Land Rover Defender bearing FL Tag BP57CH with license plate BP57CH was parked in the driveway. No additional contacts were made.

Serve Attempt #2
Date / Time: February 2, 2026 8:23 pm

Address: 510 Sunset Rd, Boynton Beach, FL 33435-7929
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=26.4997359,-80.072416
Description of attempt: No contact was made at the service address. Observed movement and voices were heard inside, but no one answered the door. Would not come to door. Peeking through blinds. Avoiding. No additional contacts were made.

Serve Attempt #3
Date / Time: February 3, 2026 4:10 pm
Address: 510 Sunset Rd, Boynton Beach, FL 33435-7929
Photo: See Exhibit 3a below
Geolocation: https://google.com/maps?q=26.4996802,-80.0724467
Description of attempt: I spoke with a resident at the location. They confirmed that the subject resides at this address but was not available at the time. Spoke with the subject on Ring Video Doorbell. He stated to try Thursday at 2 pm. He is aware of legal documents are attempting to be delivered to him. No additional contacts were made.

Serve Attempt #4
Date / Time: February 5, 2026 2:26 pm
Address: 510 Sunset Rd, Boynton Beach, FL 33435-7929
Photo: See Exhibit 4a below
Geolocation: https://google.com/maps?q=26.4997408,-80.0725189997
Description of attempt: No contact was made at the service address. I arrived at the provided service address. During the previous attempt, I spoke with the subject on the video ring doorbell who stated to return to the service address on Thursday at 2 PM for personal service. Subject did not appear for previously arranged service. No vehicles were observed parked in the driveway or curbside at the residence. There was no answer after knocking and waiting for an extended period of time. I waited for a lengthy extended period of time for the subject as courtesy if the subject was running late. After 40 minutes, the subject still did not appear or answer the door. Subject avoiding service. No additional contacts were made.

Serve Attempt #5
Date / Time: February 14, 2026 12:04 pm
Address: 2188 W Atlantic Ave, Delray Beach, FL 33445-4657
Photo: See Exhibits 5a, 5b, 5c, 5d, 5e below
Geolocation: https://google.com/maps?q=26.4591031,-80.0955104
Description of attempt: No contact was made at the service address. I arrived at the provided service address. The provided address is located in a commercial business complex known as Congress Square. The building can be described as a single-story, multi-tenant commercial business building with multiple business suites and offices. Suite 2188 is the business  King of the Forest Market. The business name was displayed on the front of the building and on the windows. The front door was locked. No lights were on inside. The business was closed today. No workers or employees were observed inside. Additional  verification needed. Also, I preformed a quick canvass of the parking lot for the Jeep or Tesla previously observed at the residence. The vehicles were not observed in the business parking lot or relative area. No additional contacts were made.

Serve Attempt #6

Date / Time: February 19, 2026 11:28 am
Address: 510 Sunset Rd, Boynton Beach, FL 33435-7929
Photo: See Exhibits 6a, 6b, 6c below
Geolocation: https://google.com/maps?q=26.4996948,-80.0724725
Description of attempt: No contact was made at the service address. Observed movement and voices were heard inside, but no one answered the door. I arrived at the provided service address. The service address is located in a residential neighborhood. I have previously spoken to the subject through the video ring doorbell who identified himself as the subject and stated he would accept service and provided a date and time he would be available. The subject did not accept service as arranged. The subject's registered Black Land Rover Defender bearing FL Tag BP57CH was parked in the driveway. There was also the Pink Tesla Model 3 parked in the driveway. The blinds were open to the residence. I knocked on the door. There was no answer after knocking and waiting for an extended period of time. Subject is avoiding service at this time. A Black Land Rover Defender bearing FL Tag BP57CH with license plate BP57CH was parked in the driveway. No additional contacts were made. We completed a complimentary license plate check, license plate #BP57CH is registered to the manager of the company, Anthony Tursi

Serve Attempt #7
Date / Time: February 23, 2026 1:47 pm
Address: 2188 W Atlantic Ave, Delray Beach, FL 33445-4657
Photo: See Exhibit 7a below
Geolocation: https://google.com/maps?q=26.4587314,-80.0956768
Description of attempt: I spoke with an employee. I arrived at the provided service address. The provided address is located in a commercial business complex known as Congress Square. The building can be described as a single-story, multi-tenant commercial business building with multiple business suites and offices. Suite 2188 is the business King of the Forest Market. The business name was displayed on the front of the building and on the windows. I opened and entered the business through the suite front door. A female worker approached. I asked for the subject. The female stated she has no idea who the subject is. The female stated she is the owner of the business. I asked for her name for documentation. The female verbally identified herself as Sarah. Also, I preformed a quick canvass of he parkina lot for the LandRover Defender or Pink Tesla previously observed at the residence. The vehicles were not observed in the business parking lot or relative area. Observed no relevant details during this attempt. No additional contacts were made.

Serve Attempt #8
Date / Time: March 10, 2026 11:03 am
Address: 510 Sunset Rd, Boynton Beach, FL 33435-7929
Photo: See Exhibit 8a below
Geolocation: https://google.com/maps?q=26.4997262997,-80.0723444997
Description of attempt: No contact was made at the service address. Observed that there were no vehicles at the location. No additional contacts were made.

Serve Attempt #9
Date / Time: March 12, 2026 1:11 pm
Address: 510 Sunset Rd, Boynton Beach, FL 33435-7929
Photo: See Exhibits 9a, 9b below
Geolocation: https://google.com/maps?q=26.4997386,-80.0725029997
Description of attempt: No contact was made at the service address. Observed movement and voices were heard inside, but no one answered the door. I arrived at the provided service address. The service address is located in a residential neighborhood. I have previously spoken to the subject over the Ring doorbell. The

subject arranged service but did not cooperate. I arrived at the residential address. There was the previously observed Pink Tesla parked in the driveway. I knocked on the door. I could hear footsteps and movement inside. There was no answer after knocking and waiting for an extended period of time. Subject is avoiding service. No additional contacts were made.

Serve Attempt #10
Date / Time: March 16, 2026 10:31 am
Address: 510 Sunset Rd, Boynton Beach, FL 33435-7929
Photo: See Exhibit 10a below
Geolocation: https://google.com/maps?q=26.4592569,-80.0957681
Description of attempt: No contact was made at the service address. Observed the business was closed at the time of the attempt. Business appears closed. No employees observed. Door locked. No additional contacts were made.

Serve Attempt #11
Date / Time: March 17, 2026 12:00 pm
Address: 510 Sunset Rd, Boynton Beach, FL 33435-7929
Photo: See Exhibits 11a, 11b below
Geolocation: https://google.com/maps?q=26.499764,-80.0725375
Description of attempt: No contact was made at the service address. Observed movement and voices were heard inside, but no one answered the door. I arrived at the provided service address. The service address is located in a residential neighborhood known as Chapel Hill. Previously spoke with the subject via the Ring doorbell. The subject arranged service but did not show. The Pink Tesla Model 3 and Land Rover Defender were in the driveway. I knocked on the door. The subject did not answer the door. I heard footsteps and talking. The subject did not even hide that he was home inside of the residence. There was no answer after knocking and waiting for an extended period of time. No answer. The subject is avoiding service. No additional contacts were made.

Standard Serve 2188 W Atlantic Ave, Delray Beach, FL 33445-4657 1@$85.00=$85.00
Additional Attempts Service Charge for an additional set of four attempts 1@$85.00=$85.00
Standard Serve 510 Sunset Rd, Boynton Beach, FL 33435-7929 1@$85.00=$85.00
Total Cost: $255.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

___Palm Beach County_____ ,

___FL_____ on ___3/31/2026_____ .

/s/ *Alexa Polcyn*
_____
Signature
Alexa Polcyn
+1 (585) 329-2751

Exhibit 1a)





Exhibit 2a)



Exhibit 3a)



Exhibit 4a)



Exhibit 5a)



Exhibit 5b)
10:46

# Q  The Palm Beach Post  ≡

Subscribe    Sign In    Crossword

# Operator of Boca sober homes faces patient-brokering charge

**Chelsea Todaro** ctodaro@pbpost.com

Dec. 15, 2016 | Updated Dec. 19, 2016, 4:01 p.m. ET



**Show image info** ∨

An operator of two Boca Raton sober homes was arrested Friday afternoon on charges of patient brokering.



Exhibit 5c)

FLORIDA DEPARTMENT OF STATE · DIVISION OF CORPORATIONS



DIVISION *of* CORPORATIONS

*an official State of Florida website*

Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

Previous On List     Next On List     Return to List

ONLINE PRODUCTS CORP
Search

Events     **No Name History**

## Detail by Entity Name

Florida Limited Liability Company
ONLINE PRESENCE EXPERTS LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L19000077470 |
| **FEI/EIN Number** | 85-2402323 |
| **Date Filed** | 03/19/2019 |
| **Effective Date** | 03/19/2019 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC STMNT OF RA/RO CHG |
| **Event Date Filed** | 09/28/2020 |
| **Event Effective Date** | NONE |

### Principal Address

2188 W ATLANTIC AVENUE
DELRAY BEACH, FL 33445

Changed: 10/25/2022

### Mailing Address

2188 W ATLANTIC AVENUE
DELRAY BEACH, FL 33445

### Registered Agent Name & Address

TURSI, ANTHONY
2188 W ATLANTIC AVENUE
DELRAY BEACH, FL 33445

Name Changed: 10/25/2022

Address Changed: 10/25/2022

### Authorized Person(s) Detail

### Name & Address

Title MGR

TURSI, ANTHONY
2188 W ATLANTIC AVENUE
DELRAY BEACH, FL 33445



Exhibit 5d)



Exhibit 5e)



Exhibit 6a)



Exhibit 6b)



Exhibit (6c)



Exhibit 7a)



Exhibit 8a)



Exhibit 9a)



Exhibit 9b)



Exhibit 10a)



Exhibit 11a)



Exhibit 11b)