**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARK DOBRONSKI, individually and
on behalf of a class of all persons and
entities similarly situated,

      Plaintiff

vs.

LOCAL SEARCH GROUP LLC.

      Defendant.

Case No.  2:26-cv-10174
Hon. Brandy R. McMillion

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT

This matter coming before the Court upon Plaintiff's Motion for extension of time to serve the Summons and Complaint (ECF No. 5), and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  Plaintiff shall have an additional 60 days to complete service of the Summons and Complaint on Defendant.

**IT IS SO ORDERED**.

DATED:  April 20, 2026        s/Brandy R. McMillion          
                                    HON. BRANDY R. MCMILLION
                                    UNITED STATES DISTRICT JUDGE

1