AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(1))*

Case No. 2:26–cv–10174–BRM–CI

This summons for *(name of individual and title, if any)*    Local Search Group LLC

was received by me on *(date)*    01/20/2026

[  ]    I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

[  ]    I left the summons at the individual's residence or usual place of abode with *(name)*

_____ a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

[  ]    I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on (date) _____ ; or

[  ]    I returned the summons unexecuted because _____ ; or

[X]    Other: *(specify)*:    Service upon the Secretary of State, per Chapter 48.062 Florida Statutes.

My fees are $ 0_____ for travel and $ 0_____ for services, for a total of $ 0_____ .

I declare under the penalty of perjury that this information is true.

Date: 05/12/2026_____

_____
*Server's Signature*
Andrew Roman Perrong, Esq.
*Printed Name and Title*
2657 Mount Carmel Avenue, Glenside, PA 19038
*Server's address*

Additional information regarding attempted service, etc.:



# FLORIDA DEPARTMENT OF STATE

Division of Corporations

May 12, 2026

Andrew Perrong

Pursuant to Chapter 48.062 Florida Statutes, substitute service of process was accepted for LOCAL SEARCH GROUP LLC in case number 2:26-cv-10174-BRMCI and was filed on May 1, 2026 at 1:29 PM.

   Plaintiff(s)
   Mark W. Dobronski
   v.
   Defendant(s)
   Local Search Group LLC

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.


Beryllium Spalding
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 260501025SOP.01