UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Mark W. Dobronski,

                          Plaintiff(s),

v.                                              Case No. 2:26–cv–10174–BRM–CI
                                                Hon. Brandy R. McMillion

Local Search Group LLC,

                          Defendant(s),
_____

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

   **IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Curtis Ivy Jr. for all pretrial proceedings, including a hearing and determination of all non–dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).


                                        s/Brandy R. McMillion
                                        Brandy R. McMillion
                                        United States District Judge


### Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.


                                        s/Leanne Hosking
                                        Case Manager


Dated:   June 30, 2026