**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| MARK DOBRONSKI, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>LOCAL SEARCH GROUP LLC.<br><br>Defendant. | Case No. 2:26-cv-10174 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff MARK DOBRONSKI and Defendant LOCAL SEARCH GROUP LLC, by and through the undersigned counsel, hereby stipulate to dismiss the Plaintiff's individual claims without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this September 14, 2026.

s/ Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: 215-225-5529

**Lead attorney for Plaintiff and the Proposed Class.**

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

*/s/ Chrisdon F. Rossi*
Chrisdon F. Rossi (License#: P59305)
32605 W. Twelve Mile Road, Suite 300

Farmington Hills, MI 48334
Tel: (248) 783-6780 x4813
Fax: (248) 783 6781
chrisdon.rossi@qpwblaw.com
*Attorneys for Defendant Local Search Group LLC*