**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARK DOBRONSKI,

Plaintiff,

Case No. 26-cv-10174
Hon. Brandy R. McMillion

v.

LOCAL SEARCH GROUP LLC,

Defendant.
_______________________________________/

## ORDER DISMISSING CASE

Pursuant to the Stipulation of Dismissal Without Prejudice by Plaintiff, ECF No. 13, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Brandy R. McMillion
BRANDY R. MCMILLION
UNITED STATES DISTRICT JUDGE

Dated: September 14, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 14, 2026, by electronic means and/or ordinary mail.

s/L. Hosking
Case Manager